UNITED STATES of America,
Plaintiff–Appellee,

v.

Carlos MERCADO, True Name Carlos
Alonso Mercado Robles, Defendant–
Appellant.

No. 14–40634
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 14, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Carlos Mercado, Bastrop, TX, pro se.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Carlos Mercado raises an argument on appeal that he concedes is foreclosed by *United States v. Betancourt,* 586 F.3d 303, 308–09 (5th Cir.2009), which held that knowledge of drug type and quantity is not an element of the offense under 21 U.S.C. § 841. Mercado also requests a remand for the limited purpose of correcting the

---

judgment under Federal Rule of Criminal Procedure 36 to reflect that he was acquitted on count one. The government joins in requesting remand.

Accordingly, the government's motion for summary affirmance is GRANTED, and the judgment is AFFIRMED and REMANDED with instruction to correct the judgment pursuant to Rule 36 to reflect that Mercado was found not guilty on count one. The government's motion for an extension of time to file its brief is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.